**Opinion issued August 21, 2025**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-25-00288-CV

—————————————

**ANNA SHERROD, Appellant**

**V.**

**ANDRE BROOKS SR., Appellee**

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-16563**

## MEMORANDUM OPINION

Appellant, Anna Sherrod, has filed a notice of appeal from the trial court's order signed on April 15, 2025.  Appellant has failed to timely file a brief.  *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

On May 29, 2025, the court reporter's record was filed, and on June 10, 2025, the clerk's record was filed. Accordingly, appellant's brief was due to be filed on or before July 10, 2025. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On July 16, 2025, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of appeal for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not respond.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.